UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:04-CV-373 AS |
| MICHAEL KAMPF, | ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 5, 2004, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiff's complaint. On January 19, 2006, this Court entered a scheduling order that established certain deadlines. Since that date, the deadline for dispositive motions has passed ,and there has been no activity in this case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. The docket sheet reveals Plaintiff has failed to take any actions to develop a proper record for an entry of default judgment, and Plaintiff has failed to take any action in this case when this Court instructed Plaintiff's counsel to take actions in related cases. See eg. <u>Directv v. Teller</u>, 3:04-cv-744 AS. It is Plaintiff's responsibility to prosecute its actions, and it is not the responsibility of this Court to encourage Plaintiff to prosecute its case. Because it has been over a year since Plaintiff has filed anything or otherwise provided a reason for its inaction, this Court can only assume that Plaintiff has abandoned its case. Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

**NOTICE IS HEREBY GIVEN** that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations.  Fed.R.Civ.P. 72(b).  **FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 2nd Day of February, 2007.

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
